IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEVIN C. HAYES,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　**Case No. 4:15cv611-MW/EMT**

**JULIE L. JONES,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petitioner's habeas petition, ECF No. 1 is **DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b). A certificate of appealability is **DENIED**. The Clerk shall send Petitioner the Eleventh Circuit's form application for leave to file a second or

1

successive § 2244 petition."  The Clerk shall close the file.

**SO ORDERED on March 21, 2016.**

**s/Mark E. Walker             ____**
**United States District Judge**
